UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re   Dustin J Wilson

                              Debtor(s).          No. _____

## INDIVIDUAL DEBTOR'S OMNIBUS SIGNATURE PAGE AND DECLARATION

Check only those that apply:

☑ **Voluntary Petition for Individuals Filing for Bankruptcy (Form 101):** I have examined the petition, and I declare under penalty of perjury that the information provided is true and correct. If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7. If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in the petition. I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.

☐ **Initial Statement About an Eviction Judgment Against You (Form 101A):** I certify under penalty of perjury that under the state or other nonbankruptcy law that applies to the judgment for possession (eviction judgment), I have the right to stay in my residence by paying my landlord the entire delinquent amount and that I have given the bankruptcy court clerk a deposit for the rent that would be due during the 30 days after I file the Voluntary Petition for Individuals Filing for Bankruptcy (Official Form 101).

☑ **Declaration About an Individual Debtor's Schedules (Form 106Dec.):** Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

☑ **Statement of Financial Affairs for Individuals Filing for Bankruptcy (Form 107):** I have read the answers on the Statement of Financial Affairs and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.

☑ **Statement of Intention for Individuals Filing Under Chapter 7 (Form 108):** Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

☑ **Your Statement About Your Social Security Numbers (Form 121):** Under penalty of perjury, I declare that the information I have provided in the form is true and correct.

☑ **Chapter 7 Statement of Your Current Monthly Income (Form 122A-1), Chapter 7 Means Test Calculation (Form 122A-2); Chapter 11 Statement of Your Current Monthly Income (Form 122B); Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1), or Chapter 13 Calculation of Your Disposable Income (Form 122C-2):** Under penalty of perjury, I declare that the information provided on the statement and in any attachments is true and correct.

_____    [SIGN HERE]
Dustin J Wilson
Signature of Debtor 1

Executed on  2/20/18

_____
Signature of Debtor 2

Executed on  _____

Case 18-10393-t7    Doc 3    Filed 02/23/18    Entered 02/23/18 08:51:36 Page 1 of 2

**Declaration and signature of authorized representative of debtor**

☐ I have been authorized to file this petition on behalf of the debtor. I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of authorized representative of debtor

_____
Printed name

_____
Title

Executed on _____

Page 2 of 2    NM LF 902 (rev. Jan. 2016)
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 18-10393-t7    Doc 3    Filed 02/23/18    Entered 02/23/18 08:51:36 Page 2 of 2