UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re   Dustin J Wilson

                    Debtor.         No.

## CERTIFICATION/STATEMENT REGARDING MARITAL STATUS

Pursuant to NM LBR 1002-1, I certify that:

**EITHER (CHOOSE ONLY ONE)**

- [✓] I have no spouse

Or

- [ ] I have a non-filing spouse, whose name is _____. To the best of my knowledge, information and belief, the last four digits of my spouse's social security number are _____, and my spouse's mailing address is _____

I declare under penalty of perjury that the information is true and correct.

*Dustin J Wilson*
Debtor's signature

Address:   164 Sagebrush Valley Road
           Hagerman, NM 88232
Telephone:
Email:     d.wilson5033@gmail.com

NM LF 1002-1

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com