```
                              United States Bankruptcy Court
                                  District of New Mexico
In re:                                                         Case No. 18-10393-t
Dustin J. Wilson                                               Chapter 7
         Debtor                    CERTIFICATE OF NOTICE

District/off: 1084-1          User: pstephens            Page 1 of 2         Date Rcvd: Feb 23, 2018
                              Form ID: 309A              Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2018.
db             +Dustin J. Wilson,   164 Sagebrush Valley Road,   Hagerman, NM 88232-9608
tr              Clarke C. Coll,   PO Box 2288,   Roswell, NM 88202-2288
3714859        +CCB Credit Services,   PO BOX 272,   Springfield, IL 62705-0272
3714838        +Cherry - Decker Ranch, LLC,   130 Sagebrush Valley Road,   Hagerman, NM 88232-9608
3714848        +Elena Malone,   DBA Atoka Grocery,   6475 7 Rivers Highway,   Artesia, NM 88210-9135
3714852        +Lovelace Regional Hospital-Roswell,   117 E. 19th Street,   Roswell, NM 88201-5151
3714861        +Medical Data Systems,   1374 S. Babcock Street,   Melbourne, FL 32901-3009
3714856        +Plateau,   7111 N. Prince St,   Clovis, NM 88101-9730
3714857        +Progressive,   PO Box 894105,   Los Angeles, CA 90189-4105
3714842        +Tabitha Wilson,   1101 Callaway Dr. Apt. 2107,   Carlsbad, NM 88220-4290

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: arun@melwanilaw.com Feb 23 2018 23:54:40     Arun A Melwani,   MELWANI LAW P.C.,
                 10749 Prospect Ave NE Ste F,   Albuquerque, NM 87112-3281
ust             E-mail/Text: USTPREGION20.OC.ECF@USDOJ.GOV Feb 23 2018 23:54:52     United States Trustee,
                 PO Box 608,   Albuquerque, NM 87103-0608
3714843        +EDI: CAPITALONE.COM Feb 23 2018 23:53:00      Capital One,   Box 30253,
                 Salt Lake City, UT 84130-0253
3714844        +EDI: CAPITALONE.COM Feb 23 2018 23:53:00      Capital One,   Billing,   PO box 30285,
                 Salt Lake City, UT 84130-0285
3714845        +EDI: CHECKNGO.COM Feb 23 2018 23:53:00      Check 'n Go,   1775 Opelika Rd #13,
                 Auburn, AL 36830-1714
3714860        +EDI: CCS.COM Feb 23 2018 23:53:00      Credit Collection Services,   2 Wells Avenue,
                 Newton Center, MA 02459-3246
3714847        +EDI: RCSFNBMARIN.COM Feb 23 2018 23:53:00      Credit One Bank,   Po Box 98873,
                 Las Vegas, NV 89193-8873
3714849        +EDI: AMINFOFP.COM Feb 23 2018 23:53:00      First Premier Bank,   601 S. Minnesota Ave,
                 Sioux Falls, SD 57104-4868
3714851        +EDI: IRS.COM Feb 23 2018 23:53:00      Internal Revenue Service,   Centralized Insolvency,
                 PO Box 7346,   Philadelphia, PA 19101-7346
3714862        +EDI: MID8.COM Feb 23 2018 23:53:00      Midland Funding,   8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
3714853        +EDI: NFCU.COM Feb 23 2018 23:53:00      Navy Federal Credit Union,   PO Box 3100,
                 Merrifield, VA 22119-3100
3714855         EDI: NMTRD.COM Feb 23 2018 23:53:00      New Mexico Taxation and Revenue Dept,   PO BOX 8575,
                 Albuquerque, NM 87198-8575
3714839        +EDI: DRIV.COM Feb 23 2018 23:53:00      Santander Consumer Usa,   Po Box 961245,
                 Ft Worth, TX 76161-0244
3714840        +EDI: VAND.COM Feb 23 2018 23:53:00      Vanderbilt Mortgage,   Attn: Bankruptcy Dept,
                 PO Box 9800,   Maryville, TN 37802-9800
3714858        +EDI: VERIZONWIRE.COM Feb 23 2018 23:53:00      Verizon Wireless,   Bankruptcy,   PO Box 3397,
                 Bloomington, IL 61702-3397
3714841        +E-mail/Text: bankruptcynotice@westlakefinancial.com Feb 23 2018 23:54:46
                 Wilshire Commercial Ca,   4751 Wilshire Bv,   Los Angeles, CA 90010-3827
                                                                                                TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3714846*       +Cherry - Decker Ranch, LLC,   130 Sagebrush Valley Road,   Hagerman, NM 88232-9608
3714850*       +First Premier Bank,   601 S. Minnesota Ave,   Sioux Falls, SD 57104-4868
3714854*       +Navy Federal Credit Union,   PO Box 3100,   Merrifield, VA 22119-3100
                                                                                    TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                                    Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2018 at the address(es) listed below:

    Arun A Melwani    on behalf of Debtor Dustin J. Wilson
    melwaniarun@gmail.com;melwanilaw@gmail.com;mlpccourtemail@gmail.com;mlpccalendar@gmail.com;mlpcnoticeme@gmail.com
    Clarke C. Coll    clarkecoll@gmail.com, nm14@ecfcbis.com
    United States Trustee    ustpregion20.aq.ecf@usdoj.gov

    TOTAL: 3

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | **Dustin J. Wilson** | Social Security number or ITIN  xxx–xx–1801 |
| | First Name   Middle Name   Last Name | |
| United States Bankruptcy Court   **District of New Mexico** | | Date case filed for chapter  **7**   **2/23/18** |
| Case number:   **18–10393–t7** | | |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Dustin J. Wilson | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 164 Sagebrush Valley Road<br>Hagerman, NM 88232 | |
| 4. | **Debtor's attorney**<br>Name and address | Arun A Melwani<br>MELWANI LAW P.C.<br>10749 Prospect Ave NE Ste F<br>Albuquerque, NM 87112–3281<br>Contact phone  505–323–5800<br>Email  arun@melwanilaw.com | |
| 5. | **Bankruptcy Trustee**<br>Name and address | Clarke C. Coll<br>PO Box 2288<br>Roswell, NM 88202–2288 | Contact phone  575–623–2288<br>Email  clarkecoll@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1
2/23/18

Case 18-10393-t7    Doc 9    Filed 02/25/18    Entered 02/25/18 22:36:01 Page 3 of 4

| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Pete V. Domenici U.S. Courthouse 333 Lomas Blvd. NW, Suite 360 Albuquerque, NM 87102 | Hours open  8:30 AM to 4:30 PM  Contact phone  505–415–7999/866–291–6805  Court Website  www.nmb.uscourts.gov |
|---|---|---|---|
| 7. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 12, 2018 at 09:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Chaves County Magistrate Court, 400 North Virginia Street, Roswell, NM 88201** |
| 8. | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/11/18** |
| | | **Deadline to File Certification About a Financial Management Course:** • You must file a statement that you have completed the personal financial management course pursuant to Federal Rule of Bankruptcy Procedure 1007(c). | **Filing deadline: 6/11/18** |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**

Case 18-10393-t7    Doc 9    Filed 02/25/18    Entered 02/25/18 22:36:01 Page 4 of 4